Jefferson R. Hayden #026264
**GAMMAGE & BURNHAM, PLC**
TWO NORTH CENTRAL AVENUE
15TH FLOOR
PHOENIX, AZ 85004
TELEPHONE (602) 256-0566
EMAIL: JHAYDEN@GBLAW.COM
*Attorneys for Plaintiff ProKure Solutions, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ProKure Solutions, LLC, | NO. |
| Plaintiff, | |
| vs. | **NOTICE OF FILING AO 120 FORM** |
| GroCure LLC; Shamol Vyas; Shawn Grey; Ashley D. Spear; John and Jane Does I-X; ABC Partnerships I-X; DEF Limited Liability Companies I-X; and XYZ Corporations I-X; | |
| Defendants. | |

NOTICE IS GIVEN THAT Plaintiff ProKure Solutions, LLC hereby files its AO 120 form pursuant to LRCiv 3.1(c) for trademark actions. A copy of the AO 120 form is attached hereto as Exhibit A.

DATED this 13th day of March, 2019.

GAMMAGE & BURNHAM P.L.C.

By/s/ Jefferson R. Hayden
Jefferson R. Hayden
*Attorneys for Plaintiff ProKure Solutions LLC*

# *EXHIBIT A*

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Arizona** on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>3/12/2019 | U.S. DISTRICT COURT<br>for the District of Arizona |
|---|---|---|
| PLAINTIFF<br>ProKure Solutions, LLC | | DEFENDANT<br>Grocure, LLC; Shamol Vyas; Shawn Grey; Ashley D. Spear; JOHN and JANE DOES 1-10; ABC PARTNERSHIPS I-X; DEF LIMITED LIABILITY COMPANIES I-X; and XYZ CORPORATIONS I-X |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4,397,312 | 9/3/2013 | ProKure Solutions, LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy